IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-91-250-CR




THOMAS SHEARS,


 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT


NO. 00911731, HONORABLE MACE B. THURMAN, JUDGE



 




PER CURIAM


 This is an appeal from a conviction for burglary. Punishment was assessed at
confinement for 10 years.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. Ann.
59(b) (Pamph. 1991).



[Before Chief Justice Carroll, Justices Aboussie and B. A. Smith]

Dismissed On Appellant's Motion

Filed: February 12, 1992

[Do Not Publish]








February 12, 1992






Mr. Michael R. Maguire

1603 Shoal Creek Boulevard

Austin, Texas 78701


Honorable Ronald Earle

District Attorney

Travis County Courthouse

P. O. Box 1748

Austin, Texas 78767


 Re: No. 3-91-250-CR--Thomas Shears v. The
State of Texas (t/c no. 0911731)


Counsel:


You are hereby notified that appellant's motion to dismiss appeal in the above cause was this day
submitted and granted. The appeal is dismissed on appellant's motion.


A copy of this Court's opinion and judgment are enclosed in accordance with Rule 91, Texas
Rules of Appellate Procedure.


The Court's mandate has been issued this date to the clerk of the trial court under separate cover.


 Very truly yours,


 W. KENNETH LAW, CLERK



 By

 Barbara E. Chapman, Deputy

Enclosures


xc: State Prosecuting Attorney

 Clerk, Court of Criminal Appeals

 Honorable Mace B. Thurman, District Judge

 Ms. Amalia Rodriguez-Mendoza, District Clerk


MR. MICHAEL R. MAGUIRE

1603 SHOAL CREEK BOULEVARD

AUSTIN TX 78701

HONORABLE RONALD EARLE

DISTRICT ATTORNEY

TRAVIS COUNTY COURTHOUSE

P. O. BOX 1748

AUSTIN TX 78767